IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| Plaintiff, : | CASE NO.: 5:11-CV-84 (MTT) |
| : | |
| v : | |
| : | |
| **$12,468.00 IN UNITED STATES** : | |
| **FUNDS,** : | |
| Defendant Property. : | |
| : | |

## DEFAULT JUDGMENT OF FORFEITURE
## AND FINAL ORDER OF FORFEITURE

A default having been entered on the 7th day of July, 2011, in the above case, all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment of forfeiture and final order of forfeiture against the Defendant Property, having filed a proper affidavit as to the amount to be declared forfeited to the plaintiff;

IT IS HEREBY ORDERED THAT JUDGMENT is hereby entered as follows:

All right, title and interest in the Defendant Property, is hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

SO ORDERED, this 22nd day of September, 2011.

                                                s/Marc T. Treadwell
                                                MARC T. TREADWELL, JUDGE
                                                UNITED STATES DISTRICT COURT